IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JAMES H. ANDERSON,                    )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )     CV 112-195
                                      )
CHESTER HUFFMAN, Captain of           )
Richmond County Sheriff's Dept., et al., )
                                      )
          Defendants.                 )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil

action is **CLOSED**.

SO ORDERED this 11th day of March, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA